UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

NANETTE FRANCES TOSCANO

CASE NO. 8:08-BK-16127-KRM
CHAPTER 13

Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY IN FAVOR OF CREDITOR, U. S. BANK, N.A.**

This case came before the Court upon the Motion For Relief From Automatic Stay filed by Movant, U. S. BANK, N.A.. The Court having considered said Motion and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED as follows:

1. That the Motion of U. S. BANK, N.A. for Relief from Automatic Stay is granted. Debtor is surrendering the said subject property to Movant.

2. The Automatic Stay imposed by § 362 of the Bankruptcy Code is modified for the purpose of allowing Movant to commence its foreclosure as to the property described as:

**UNIT NUMBER 8350C, BUILDING 24 AND AN UNDIVIDED 1/320 INTEREST IN THE LAND, COMMON ELEMENTS AND COMMON EXPENSES APPURTENANT TO SAID UNIT, ALL IN ACCORDANCE WITH AND SUBJECT TO THE COVENANTS, CONDITIONS, RESTRICTIONS, TERMS AND OTHER PROVISIONS, OF THAT DECLARATION OF CONDOMINIUM OF JAMESTOWN, A CONDOMINIUM AS RECORDED IN OFFICIAL RECORDS BOOK 4847, PAGES 1 THROUGH 63, INCLUSIVE, AND AS SHOWN BY PLOT PLANS OF THE CONDOMINIUM RECORDED IN CONDOMINIUM PLAT BOOK 33, PAGES 115 THROUGH 123, INCLUSIVE, ALL OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**

**A\k\a 8350 13TH STREET N, APT. C, ST. PETERSBURG, FL  33702**

and permitting Movant to offer and provide debtor with information regarding a potential

Forebearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. The ten (10) day stay of the Order Granting Relief From Stay pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that U. S. BANK, N.A. can pursue its in rem relief without further delay.

4. Debtor(s) are required to pay Secured Movant's attorneys' fees and costs in the amount of $550.00 incurred in filing this Motion.

DONE AND ORDERED at Tampa, Florida, October 09, 2009.

K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

Carol A. Lawson, Esquire
18820 U.S. Hwy. 19 North, Suite 212
Clearwater, FL 33764

Nanette Frances Toscano
8350 13th St. N. Apt. C
St. Petersburg, FL 33702

John E. Kassos, Esquire
John E. Kassos, PA
2200 49th Street North
St. Petersburg, FL 33710

Terry E. Smith, Trustee
P. O. Box 6099
Sun City Center, FL 33571